**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

---

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| VS. ) | CR. NO. 1:18-10009-STA |
| MARCUS MCCLAIN, ) | |
| Defendant. ) | |

---

**ORDER ON GUILTY PLEA
AND NOTICE OF SETTING**

---

This cause came to be heard on August 17, 2018, Assistant United States Attorney, Jim Powell, appearing for the Government and the defendant, Marcus McClain, appearing in person, and with counsel, LaRonda Martin.

The defendant entered a plea of guilty to Count 1 & Count 2 & Count 3 of the Indictment.

Plea colloquy was held and the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, NOVEMBER 20, 2018 at 11:00 A.M., before Chief Judge S. Thomas Anderson.**

The defendant is remanded to the custody of the United States Marshal.

**ENTERED** this the 17th day of August, 2018.

s/ J. DANIEL BREEN
CHIEF JUDGE, U. S. DISTRICT COURT